UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 9, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Marlene Meraz et al.,

    Plaintiff,

v.

Broadcast Music, Inc. et al.,

    Defendants.

2:18-cv-09010 VAP (MAAx)

**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

  On September 25, 2018, Plaintiffs Marlene Meraz and Sasha Pisterman ("Plaintiffs") initiated this action against Defendants Broadcast Music, Inc., Elizabeth Fischer, Cristina Stroia, Jodie Thomas and Does 1-10. (Doc. No. 1).

  To date, Plaintiff has not filed a Proof of Service showing that the individual Defendants have been served. A plaintiff must serve summons and complaint on all named defendants within 90 days of filing. Fed. R. Civ. P. 4(m).

  Accordingly, the Court ORDERS Plaintiff to show cause in writing no later than January 28, 2019 why the Complaint should not be dismissed as to Defendants Fischer, Stroia and Thomas without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  1/9/19

               Virginia A. Phillips
               Chief United States District Judge

1