# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

no js-6

FILED
CLERK, U.S. DISTRICT COURT
APR 30, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Marlene Meraz et al.,

    Plaintiff,

v.

Broadcast Music, Inc. et al.,

    Defendants.

2:18-cv-09010 VAP (MAAx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss Defendants Jodie Thomas, Elizabeth Fischer, Cristina Stroia filed herewith, IT IS ORDERED AND ADJUDGED that Defendants Jodie Thomas, Elizabeth Fischer, Cristina Stroia are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/30/19

                          Virginia A. Phillips
                         Chief United States District Judge